UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN ALLEN CARY,

    Plaintiff,

    v.                                   Case Number 2:24-CV-10411
                                      HONORABLE NANCY G. EDMUNDS
                                      UNITED STATES DISTRICT JUDGE

TESKE,

    Defendant,

_____/

The above-entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on February 22, 2024.

IT IS ORDERED AND ADJUDGED that:

(1): The Complaint is DISMISSED WITHOUT PREJUDICE PURSUANT TO 28 U.S.C. § 1915(g).

(2) IT IS FURTHER CERTIFIED that any appeal would not be undertaken in good faith.

Dated at Detroit, Michigan, this 22nd, day of February, 2024.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

APPROVED:

                                        BY: s/ L. Bartlett
                                        DEPUTY CLERK

s/ Nancy G. Edmunds
HON. NANCY G. EDMUNDS
UNITED STATES DISTRICT JUDGE