UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN ALLEN CARY,

    Plaintiff,

v.                          Case Number 2:24-CV-10411
                           HONORABLE NANCY G. EDMUNDS
                           UNITED STATES DISTRICT JUDGE

TESKE,

    Defendant,
_____/

**OPINION AND ORDER DENYING THE MOTION FOR A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION (ECF No. 8).**

Plaintiff filed a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983. The case was dismissed without prejudice pursuant to 28 U.S.C. § 1915(g), because plaintiff had at least three prior civil rights complaints that had been dismissed by federal courts for being frivolous, malicious, or for failing to state a claim upon which relief could be granted. Mr. Cary also subsequently had twelve cases dismissed under 28 U.S.C. §1915(g) based on these prior frivolity dismissals. *Cary v. Teske*, No. 2:24-CV-10411, 2024 WL 730285 (E.D. Mich. Feb. 22, 2024).

Plaintiff has now filed a motion for a temporary restraining order or a preliminary injunction. Plaintiff has been barred from filing this action without prepayment of fees pursuant to 28 U.S.C. § 1915(g), accordingly, the Court will deny plaintiff's motion for injunctive relief for the same reason. *See e.g. Alea v. Dennis,* 83 Fed. App'x 115 (6th Cir. 2003).

**IT IS HEREBY ORDERED** that the motion for a temporary restraining order and/or preliminary injunction (ECF No. 8) is **DENIED** pursuant to 28 U.S.C. § 1915(g).

                                              s/ Nancy G. Edmunds
                                              HON. NANCY G. EDMUNDS
Dated:  3/5/2024               UNITED STATES DISTRICT JUDGE

1